IN THE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> SOHIEL OMAR KABIR, <br><br> Defendant-Appellant. | C.A. No. 15-50078 <br> D.C. No. CR 12-92-VAP <br> (Central Dist. Cal.) <br><br> **GOVERNMENT'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE ANSWERING BRIEF; DECLARATION OF L. ASHLEY AULL** |

Plaintiff-Appellee United States of America, by and through its counsel of record, hereby moves this Court for an extension of the time within which the government must file its answering brief in the above-captioned matter. The government's answering brief currently is due on December 18, 2018. The government requests a 180-day extension of time, to and including June 17, 2019. Defendant does not oppose this request.

The motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b) and is based on

the files and records in this case and the attached declaration of L. Ashley Aull.

Defendant is in custody. No court reporter is in default with regard to any designated transcript.

DATED: December 6, 2018                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ *L. Ashley Aull*

L. ASHLEY AULL
Assistant United States Attorney
Chief, Criminal Appeals Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

## DECLARATION OF L. ASHLEY AULL

I, L. Ashley Aull, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and the Chief of my office's Criminal Appeals Section.

2. Along with my co-counsel Christopher Grigg, Chief of my office's Terrorism and Export Crimes Section, I am responsible for preparing the government's answering brief in *United States v. Sohiel Omar Kabir,* C.A. No. 15-50078.

3. Defendant-appellant Sohiel Omar Kabir ("defendant") filed his notice of appeal on March 2, 2015. (Docket No. 1) The opening brief was initially due on June 29, 2015. (*Id.*)

4. On April 6, 2018, defendant submitted an oversized opening brief for review, after several lengthy extensions (totaling approximately 33 months) of his deadline for doing so. (Docket No. 34.) The Court accepted the opening brief and ordered it filed on May 14, 2018. (Docket No. 45.) Upon accepting the opening brief, the Court ordered that the government's answering brief be filed on or before June 18, 2018. (*Id.*)

5.     I have previously sought one extension of time, which the Court granted. (Docket No. 55.) As a result, the government's answering brief is currently due on December 18, 2018. (*Id.*)

6.     Although I have exercised diligence with respect to this appeal and will continue to do so, I do not anticipate being able to complete the government's answering brief by its current December 18, 2018, due-date and anticipate needing an additional 180 days to do so for the following reasons:

    a.     This is an appeal from a very lengthy, aggressively litigated, complex criminal trial. Specifically, as defendant set forth in his own previous extension requests (*see, e.g.*, Docket No. 25), this is an appeal from a 26-day trial, including approximately 27 government witnesses, dozens of transcripts, hundreds of exhibits, and an equal magnitude of pleadings. At the end of that trial, defendant was convicted of extremely serious charges, including conspiracy to provide material support to terrorists and to designated foreign terrorist organizations, conspiracy to receive military-type training from a designated foreign terrorist organization, and conspiracy to murder

2

federal officers and employees. 18 U.S.C. §§ 371, 1117, 2339A, 2339B. (*See* Appellant's Opening Brief ("AOB") 4.)

      b.    Defendant's appeal is, in turn, unusually complex. In his 156-page opening brief, defendant raises numerous trial and constitutional errors—challenging the sufficiency of the evidence underlying his convictions, the district court's handling of classified evidence, several evidentiary rulings, and other significant trial rulings. (*See generally* AOB i–iv (table of contents).)

      c.    The opening brief, as noted above, took defendant over three years to prepare.

      d.    Given the complexity of the trial record and of defendant's appeal, it will take substantial time to prepare an answering brief. I was assigned to this appeal in April 2018. Although I have worked diligently reviewing the record and defendant's claims, and I have made progress doing so, I have not had sufficient time to prepare an answering brief of the required magnitude.

      e.    Moreover, I have had and continue to have a number of other responsibilities that have prevented me from completing a brief by the current due-date. Those include:

3

      i.      Serving as Chief of the Criminal Appeals Section of my office, in which capacity I oversee all criminal appeals and adverse decision reports in the Central District of California, managing a staff of over a half-dozen Assistant United States Attorneys and one of the largest criminal-appellate dockets in the country;

      ii.      Reviewing numerous briefs filed by other Assistant United States Attorneys in my office, recently including petitions for rehearing and/or rehearing en banc in *United States v. Fomichev*, No. 16-50227 (petition for rehearing filed September 27, 2018), *United States v. Pepe*, No. 14-50095 (petition for rehearing en banc filed September 24, 2018), and *United States v. Parsadanyan*, No. 14-50434+ (petition for rehearing en banc filed September 4, 2018).

      iii.      Drafting briefs and presenting argument in numerous other cases before this Circuit, including most recently *United States v. Clark*, No, 17-50211 (argued December 4, 2018), and *United States v. Herrera*, No. 17-50074 (argued November 15, 2018).

7.      On December 6, 2018, I conferred with counsel for defendant, Deputy Federal Public Defender Gia Kim, regarding the requested extension. Counsel informed me that she does not object.

4

8. Defendant is in custody, with a projected release date in October 2034. No court reporter is in default with regard to any designated transcript.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 6th day of December, 2018, in Los Angeles, California.

/s/ *L. Ashley Aull*

L. ASHLEY AULL
Assistant United States Attorney